WILLIAM TURNER, Administrator of the Estate of JOHN TURNER, Deceased, Appellant, v. THE OTTUMWA RAILWAY ELECTRIC AND STEAM COMPANY.

UNDENIED AMENDMENT TO ABSTRACT is deemed true.

*Appeal from Wapello District Court.*—HON. J. C. MITCHELL, Judge.

THURSDAY, DECEMBER 20, 1894.

Action at law to recover damages for the death of plaintiff's intestate. At the conclusion of plaintiff's testimony, the court, on motion of defendant, directed the jury to return a verdict for defendant, and plaintiff appeals.

*W. H. C. Jaques* for appellant.

*Wm. McNett* for appellee.

Deemer, J.—In order to determine the questions presented by this appeal, we must have all the testimony adduced upon the hearing. Appellant has filed an abstract which he claims presents all the evidence introduced upon the trial. Appellee filed an amended abstract, denying that appellant's abstract contains all the evidence, or that it correctly abstracts the evidence. In his amended abstract

the appellee supplies some additional testimony, "without," as he says, "intending to supply all the omitted evidence in the plaintiff's abstract," and says that the two together do not contain all the evidence. Appellant has made no denial of these statements, and, under numerous decisions of this court, the statement of appellee will be taken as true. With such a record we cannot determine questions depending upon a consideration of the testimony. *Goode v. Stearns*, 82 Iowa, 709, 47 N. W. Rep. 893; *Marsh v. Smith*, 73 Iowa, 295, 34 N W. Rep. 866; *State v. Roenisch*, 77 Iowa, 379, 42 N. W. Rep. 825; *Carson & Rand Lumber Co. v. Knapp, Stout & Co. Company*, 80 Iowa, 617, 45 N. W. Rep. 544. There is no question in the case which we can consider, and the judgment is *affirmed*.